1  LESTER J. MARSTON
   RAPPORT AND MARSTON
2  405 West Perkins Street
   Ukiah, CA 95482
3  (707) 462-6846
   marston1@pacbell.net
4  Attorney for Plaintiffs

5  STUART F. DELERY
   Acting Assistant Attorney General
6  JOHN R. GRIFFITHS
   Assistant Branch Director
7  JAMES D. TODD, JR.
   Senior Counsel
8  U.S. DEPARTMENT OF JUSTICE
   CIVIL DIVISION
9  FEDERAL PROGRAMS BRANCH
   20 Massachusetts Avenue, N.W.
10 Washington, DC 20001
   (202) 514-3378
11 james.todd@usdoj.gov
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOPLAND BAND OF POMO INDIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 3:12CV556-CRB <br> Hon. Charles R. Breyer <br> Courtroom: 6, 17th Fl. <br> Hearing: June 22, 2012 at 8:30 a.m. <br><br> STIPULATION WITH ~~PROPOSED~~ ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

Pursuant to paragraph 4 of this Court's April 10, 2012 Order Setting Case Management Conference, *see* ECF No. 13-1, Civil L.R. 6-2, and for good cause shown, the parties stipulate that the Case Management Conference currently set for June 22, 2012 at 8:30 a.m., shall be rescheduled until the following Friday, June 29, 2012 at 8:30 a.m. Pursuant to Civil L.R, 6-2(a)(1), and in support of this stipulation, the parties state as follows:

1. This Court's April 10, 2012 Order set the Case Management Conference ("CMC") for June 22, 2012, at 8:30 a.m. *See* ECF No. 13-1.

2. Paragraph 4 of the Court's CMC Order provides that the conference may be rescheduled to date or time convenient to the Court's calendar if the conference is inconveniently scheduled. *See id.* ¶ 4.

3. Undersigned counsel for defendants will be traveling at taxpayer expense from Washington, D.C., to San Francisco for a CMC set for June 29, 2012, at 1:30 p.m. in *County of Santa Cruz, et al. v. Sebelius,* No. 3:07-2888-JSW (N.D. Cal.). The parties agree that, to conserve the taxpayers' resources, it would be more convenient for undersigned counsel for defendants to set both this Court's CMC and that CMC for the same day.

4. Pursuant to Civil L.R. 6-2(a)(2), the parties agree that this is the first extension of time sought by defendants in this matter. Pursuant to Civil L.R. 6-2(a)(3), the parties further agree that rescheduling the CMC will affect the date set for the CMC, but have confirmed that the new time is convenient for the Court's calendar.

Accordingly, for good cause shown, this Court should reschedule the Case Management Conference to Friday, June 29, 2012, at 8:30 a.m.

    Respectfully Submitted,

    s/ Lester J. Marston
    LESTER J. MARSTON
    RAPPORT AND MARSTON
    Attorney for Plaintiffs

    s/ James D. Todd, Jr.
    JAMES D. TODD, JR.
    Senior Counsel
    U.S. DEPARTMENT OF JUSTICE
    Attorney for Defendants

Dated: May 8, 2012

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _May 8, 2012_



_____
Chai...
United Sta...
Judge Charles R. Breyer

Stipulation with Proposed Order to Reschedule Case Mgt. Conf., No. 1:12CV556-CRB