LESTER J. MARSTON
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
(707) 462-6846
marston1@pacbell.net
Attorney for Plaintiffs

STUART F. DELERY
Acting Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Branch Director
JAMES D. TODD, JR.
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 514-3378
james.todd@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOPLAND BAND OF POMO INDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior, et al., <br><br> Defendants. | Case No. 3:12CV556-CRB <br> Hon. Charles R. Breyer <br> Courtroom: N/A <br> Hearing: N/A <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO INCREASE PAGE LIMITS ASSOCIATED WITH DEFENDANTS' ANTICIPATED MOTION TO DISMISS |

Pursuant to Civil L.R. 7-4(b) and 7-12, and for good cause shown, the parties stipulate and request that this Court increase the page limits on motions set by ¶ 5 of its Standing Orders. *See* ECF No. 13-2. In support of this stipulation, the parties state as follows:

1. Plaintiffs' complaint raises separate allegations about five federally-recognized Indian tribes. *See* Compl., ECF No. 1, ¶¶ 24-52. Additionally, plaintiffs' complaint brings nine separate causes of action against defendants, arising under the: (i) Indian Self-

Determination and Education Assistance Act ("ISDA"), 25 U.S.C. §§ 450 *et seq.*; (ii) Administrative Procedures Act ("APA"), 5 U.S.C. §§ 553 & 702; (iii) equal protection component of the Fifth Amendment; and (iv) Indian Trust doctrine. *See* Compl. ¶¶ 55-113.

2. Pursuant to a stipulation with proposed order, defendants' response to plaintiffs' complaint is due May 23, 2012. *See* ECF No. 14. In addition to filing an answer to some of plaintiffs' complaint, defendants anticipate moving to dismiss some plaintiffs and to dismiss several causes of action of the remaining plaintiffs.

3. This Court's Standing Orders limits non-summary judgment motions to 15 pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument, if required. *See* ECF No. 13-2, ¶ 5. The Civil Local Rules limit briefs or memoranda of points and authorities to no more than 25 pages in length but allow parties to request the Court to increase the page limits. *See* Civil L.R. 7-4(b).

4. In light of the factual and legal complexity of each of the five plaintiff's allegations and their nine causes of action, and in order to give the parties the ability to adequately support each of their arguments in support of (or in opposition to) defendants' anticipated motion to dismiss, the parties respectfully request that this Court allow defendants to file a memorandum in support of their motion and plaintiffs to file a memorandum in support of their opposition up to 25 page in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument. *See* Civil L.R. 7-4(b). The parties believe that this increase will promote judicial economy.

Accordingly, for good cause shown, this Court should grant the parties' request to file memoranda associated with defendants' anticipated motion to dismiss of up to 25 pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument, if required.

Respectfully Submitted,

s/ Lester J. Marston
LESTER J. MARSTON
RAPPORT AND MARSTON
Attorney for Plaintiffs

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
Attorney for Defendants

Dated: May 14, 2012

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _5/21/2012_____



Judge Charles R. Breyer

3

## CERTIFICATE OF SERVICE

I, James D. Todd, Jr., hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronically filing the foregoing with the Clerk of the U.S. District Court for the Northern District of California, using its ECF system, which automatically provides electronic notification to the following:

LESTER J. MARSTON
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
marston1@pacbell.net
Attorney for Plaintiffs

                                          /s/ James D. Todd, Jr.
                                          JAMES D. TODD, JR.