1  LESTER J. MARSTON
   RAPPORT AND MARSTON
2  405 West Perkins Street
   Ukiah, CA 95482
3  (707) 462-6846
   marston1@pacbell.net
4  Attorney for Plaintiffs

5  STUART F. DELERY
   Acting Assistant Attorney General
6  JOHN R. GRIFFITHS
   Assistant Branch Director
7  JAMES D. TODD, JR.
   Senior Counsel
8  U.S. DEPARTMENT OF JUSTICE
   CIVIL DIVISION
9  FEDERAL PROGRAMS BRANCH
   20 Massachusetts Avenue, N.W.
10 Washington, DC 20001
   (202) 514-3378
11 james.todd@usdoj.gov
   Attorneys for Defendants

12

                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16 HOPLAND BAND OF POMO INDIANS,   )
        *et al.,*                  )   Case No. 3:12CV556-CRB
                                   )   Hon. Charles R. Breyer
17      Plaintiffs,                )   Courtroom:  6, 17th Fl.
                                   )   Hearing:  N/A
18           v.                    )
                                   )   ORDER TO MODIFY BRIEFING
19 KEN SALAZAR, Secretary of the Interior, )  SCHEDULE, RESCHEDULE CASE
        *et al.*,                  )   MANAGEMENT CONFERENCE, AND
20                                 )   RESET HEARING ON THE PARTIES'
        Defendants.                )   CROSS MOTIONS FOR SUMMARY
21 _____ )   JUDGMENT

22          Pursuant to Civil L.R. 6-2, and for good cause shown based on the attached declaration of

23 James D. Todd, Jr., the parties stipulate that the: (i) briefing schedule entered by the court on

24 May 20, 2012, *see* ECF. No. 28; (ii) Case Management Conference currently set for July 20,

25 2012 at 10:00 a.m.; and (iii) hearing on the parties cross motions for summary judgment

26 currently set for July 20, 2012 at 10:00 am., shall be rescheduled. Pursuant to Civil L.R, 6-

27 2(a)(1), and in support of this stipulation, the parties state as follows:

28

                              Stipulation with Proposed Order to Modify
                              Briefing Sched; Reschedule Case Mgt. Conf., and
                              Reset Hrg. on MSJs., No. 3:12CV556-CRB

1.  On May 20, 2012, this Court entered an order pursuant to a stipulation setting a briefing schedule in this case. *See* Order, ECF No. 28. That order provided for the: (a) plaintiffs to file their summary judgment motion on May 25, 2012; (b) defendants to file their opposition to plaintiffs' motion and their cross motion for summary judgment on June 15, 2012; (c) plaintiffs to file reply in support of their motion and opposition to defendants motion for summary judgment and by July 6, 2012; (d) defendants to file their reply in support of their motion by July 13, 2012; and (e) set a hearing on the parties' cross motions for July 20, 2012, at 10:00 a.m. *See id.*

2.  Also on May 30, 2012, this Court entered an order rescheduling the case management conference to July 20, 2012 at 10:00 a.m.

3.  Plaintiffs filed their motion for summary judgment on May 25, 2012. *See* ECF No. 21. Since that time, defendants' undersigned counsel has been working diligently with defendants to prepare their combined opposition and cross motion. *See* Decl. of James D. Todd, Jr. ("Todd Decl.") [Attached as Ex. A hereto]. On June 12, 2012, however, it became clear that defendants and undersigned counsel need more time to review and analyze information that could be relevant to defendants' anticipated opposition and cross motion and fully brief the issues in this case. *Id.* ¶ _.

4.  On reaching this conclusion, undersigned counsel for defendants immediately contacted plaintiffs' counsel and apprised him of the situation. *Id.* ¶ _. Plaintiffs' counsel graciously agreed to stipulate to an additional week for defendants to prepare and file their opposition and cross motion, modify the briefing schedule, reset the hearing date on the parties' cross motions, and reschedule the case management conference. *Id.*

5.  Pursuant to Civil L.R. 6-2(a)(3), extending the time for defendants' combined opposition and cross motion will affect all other dates in the briefing schedule and date for the court's hearing on the parties' cross motions. The parties also note that this Court's calendar indicates the Judge Breyer will be unavailable July 27, 2012. *See* Calendar for Judge Breyer, Scheduling Notes, *available at*:

2

http://www.cand.uscourts.gov/CEO/cfd.aspx?7134#Notes. Additionally, undersigned counsel for defendants has previously scheduled a prepaid family vacation from July 23, 2012 through August 10, 2012. Todd Decl. ¶ _. Accordingly, the parties propose the following modified briefing schedule and hearing on the parties cross-motions:

(a) defendants will file their combined opposition to plaintiffs' motion for summary judgment and cross motion for summary judgment no later than June 22, 2012;

(b) plaintiffs will file their combined reply in support of their motion and opposition to defendants' cross motion no later than July 13, 2012;

(c) defendants will file their reply in support of their motion no later than July 20, 2012;

(d) this Court will hold a hearing on the parties' cross motions on September 7, 2012, at 10:00 a.m.; and

(e) pursuant to Civil L.R. 6-2(a)(3), and in order to minimize taxpayer expense associated with the travel expenses of undersigned counsel for defendants, the parties agree to reschedule the case management conference to September 7, 2012, at 10:00 a.m. The parties have confirmed that the new time is convenient for the Court's calendar.

6. Pursuant to Civil L.R. 6-2(a)(2), the parties agree that this is the first extension of time sought by defendants to this briefing schedule and the hearing on the parties cross motion for summary judgment, but the second extension sought by defendants to the case management conference. The parties further agree that this is the third extension, all for good cause shown, sought by defendants in this case.

///

///

3

Stipulation with Proposed Order to Modify
Briefing Sched; Reschedule Case Mgt. Conf., and
Reset Hrg. on MSJs., No. 3:12CV556-CRB

1    Accordingly, for good cause shown, this Court modifies the briefing schedule as reflected

2  above, resets the hearing on the parties' cross motions for September 7, 2012: at 10:00 a.m., and

3  reschedules the case management conference to September 7, 2012, at 10:00 a.m.

4                                                  Respectfully Submitted,

5                                                  s/ Lester J. Marston
                                                   LESTER J. MARSTON
6                                                  RAPPORT AND MARSTON
                                                   Attorney for Plaintiffs
7
                                                   s/ James D. Todd, Jr.
8                                                  JAMES D. TODD, JR.
                                                   Senior Counsel
9                                                  U.S. DEPARTMENT OF JUSTICE
                                                   Attorney for Defendants
10
   Dated: June 13, 2012
11

12
          PURSUANT TO STIPULATION, IT IS SO ORDERED.
13

14

15
   Dated:  June 19, 2012
16

17                              _____
                                   Charles R. Breyer
18                              United States D

19

20

21

22

23

24

25

26

27

28



                                    Stipulation with Proposed Order to Modify
                                    Briefing Sched; Reschedule Case Mgt. Conf., and
                                    Reset Hrg. on MSJs., No. 3:12CV556-CRB