LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
e-mail: marston1@pacbell.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOPLAND BAND OF POMO INDIANS; ROBINSON RANCHERIA OF POMO INDIANS OF CALIFORNIA; COYOTE VALLEY BAND OF POMO INDIANS; REDDING RANCHERIA; and RINCON BAND OF LUISENO MISSION INDIANS OF THE RINCON RESERVATION, CALIFORNIA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KENNETH SALAZAR, in his official capacity as the Secretary of the United States Department of the Interior; LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs for the United States Department of the Interior; and DARREN CRUZAN, in his official capacity as the Deputy Bureau Director, Bureau of Indian Affairs, Office of Justice Services,<br><br>    Defendants.<br>_____ | Case No. CV 12-00556 CRB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING BRIEFING SCHEDULE.<br><br>DATE: September 7, 2012<br>TIME: 10:00 a.m.<br>CTRM.: 6, 17th Floor<br><br>Hon. Charles R. Breyer |

Pursuant to Civil L.R. 6-2, and for good cause shown, the parties stipulate as follows:

1. Plaintiff's Counsel's daughter was involved in an automobile accident on July

19, 2012. As a result Counsel for the plaintiffs needs an extension of time to file the plaintiffs' combined opposition to the defendants' motion for summary judgment and reply to the defendants' opposition to the plaintiffs' motion for summary judgment ("Opposition/Reply Brief"). Counsel for defendants is leaving on a previously scheduled family vacation on July 21, 2012 and will not be returning until August 12, 2012, and therefore needs additional time to file the defendants' reply to the plaintiffs' Opposition to the defendants motion for summary judgment.

2. Plaintiffs therefore, shall file their Opposition/Reply brief on or before July 20, 2012.

3. Defendants therefore, shall file their reply to the plaintiffs' Opposition to the defendants motion for summary judgment on or before August 24, 2012.

4. The hearing in this case presently scheduled for September 7, 2012, shall not be changed.

5. The Court may enter an appropriate order pursuant to this stipulation.

Respectfully Submitted,

DATED: July 20, 2012    RAPPORT AND MARSTON

By: /s/ Lester J. Marston
_____
Lester J. Marston
Attorney for Plaintiffs

DATED: July 20, 2012    U.S. DEPARTMENT OF JUSTICE

/s/ James D. Todd, Jr. (authorized)
_____
James D. Todd, Jr.
Attorney for Defendants

# **O R D E R**

Having read the above stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, that the parties' request to modify the existing

S:\LJM\Pldgs12\EquitFund\Stip.Modifyingbrfg.sched.wpd

STIPULATION TO ESTABLISH BRIEFING SCHEDULE; REDUCE NUMBER OF BRIEFS, INCREASE PAGE LIMITS AND PROPOSED ORDER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - CASE NO. CV 12-00556 CRB

2

1 briefing schedule, as provided for in the above stipulation, is hereby granted.

2 DATED: July __24__, 2012

3 _____

4 CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

S:\LJM\Pldgs12\EquitFund\Stip.Modifyingbrfg.sched.wpd

3

STIPULATION TO ESTABLISH BRIEFING SCHEDULE;
REDUCE NUMBER OF BRIEFS, INCREASE PAGE LIMITS
AND PROPOSED ORDER IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - CASE NO. CV 12-00556 CRB