United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOPLAND BAND OF POMO INDIANS ET AL.,

    Plaintiffs,

v.

SALAZAR ET AL.,

    Defendants.

No. C 12-00556 CRB

**ORDER CONTINUING STAY OF PROCEEDINGS**

    On October 25, 2012, this Court stayed proceedings in the above-captioned matter for 90 days, pending the resolution of a similar case currently on appeal to the Ninth Circuit, see Los Coyotes Band of Cahuilla & Cupeno Indians v. Salazar, No. 10CV1448 AJB (NLS), 2011 U.S. Dist. LEXIS 125213 (S.D. Cal. Oct. 28, 2011), appeal docketed, No. 11-57222 (9th Cir. Dec. 22, 2011). Dkt. 47. At that time, the Court also moved the hearing on the parties' cross-motions for summary judgment from October 26, 2012 to January 25, 2013. Id. The Court further ordered the parties to "notify this Court by letter if and when Los Coyotes is decided before that time." Id. The Court has received no notification.

    The Court declines to rule on the pending motions without the benefit of the Ninth Circuit's decision in Los Coyotes. As the Court explained when first entering the stay, although Los Coyotes will not necessarily dispose entirely of the case at bar, it deals with "issues central to this case" and may "color the analysis–and in some cases render entirely moot–the resolution of issues unique to this case." Id.

Accordingly, the Court ORDERS that all proceedings in this case be STAYED for 90 additional days. The hearing on the pending cross-motions for summary judgment currently set for January 25, 2013 is VACATED and reset for April 26, 2013, at 10:00 a.m. The Court leaves undisturbed its previous Order that the parties notify it by letter if the Ninth Circuit decides Los Coyotes before the stay lifts.

**IT IS SO ORDERED.**

Dated: January 18, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE